Luis Gonzalez<br>
Reg. No. 14998-014<br>
FCI Otisville<br>
P.O. Box 1000<br>
Otisville, NY 10963

July 7, 2004

The Honorable Christopher F. Droney
United States District Judge
District of Connecticut
450 Main Street
Hartford, CT 06103

  Re: <u>United States v. Luis Gonzalez</u>
    <u>Docket No. 3:02CR233(CFD)</u>

Dear Judge Droney:

  I write to request that the Court provide me with a copy of my guilty plea and sentencing transcripts. I have no money to pay for such transcripts, but I need copies of these transcripts for my own records. Also, I have been informed that it is a good practice to have a copy of these transcripts while in the custody of the Federal Bureau of Prisons in the event that an issue arises that may be clarified by the transcripts.

  Thank you in advance for your time and consideration in this matter.

Very truly yours,<br><br>
LUIS GONZALEZ<br><br>
<i>/s/ Luis Gonzalez</i>

---

The clerk is ordered to docket this letter as a motion requesting a transcript and include it in the Court's file. The request is DENIED, as the movant has not filed a motion for relief pursuant to 28 U.S.C. § 2255. See <u>U.S. v. Horvath</u>, 157 F.3d 131 (2d Cir. 1998).
SO ORDERED.

Christopher F. Droney
United States District Judge
11/ 7 /04